**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In Re:

HORTENSIA ALVAREZ                                   CHAPTER 7
                                                    CASE NO. 15-16126-LMI
    Debtor.
_____/

## NOTICE OF APPEARANCE

COMES NOW, James B. Flanigan of Tripp Scott, P.A., and hereby files his Notice of Appearance as counsel of record for the Creditor, Mitsubishi Motors Credit of America. in the above-styled case, and requests that the firm be provided copies of all pleadings filed herein and any notice of the matters arising in this action may be duly served on the undersigned at the following address:

> TRIPP SCOTT, P.A.
> Counsel for Creditor
> 110 SE 6th St., 15th Fl.
> Fort Lauderdale, FL 33301
> James B. Flanigan, Esquire
> bankruptcy@trippscott.com
> Tel: 954-525-7500
>
> /s/ *James B. Flanigan, Esquire*
> James B. Flanigan, Esquire
> FBN: 0098399

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the Notice of Appearance was provided by U.S 1st Class or electronic mail to Hortensia Alvarez, 14970 SW 9th Way, Miami, FL 33194; Robert Sanchez, Esq., 355 W 49 St., Hialeah, FL 33012; Joel L. Tabas, 14 NE 1 Ave., PH, Miami, FL 33132; Office of the U.S. Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130; on this 30th day of April, 2015.

> /s/ *James B. Flanigan, Esquire*
> James B. Flanigan, Esquire