B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Hortensia Alvarez**
                                        Debtor

Case No. **15-16126**

Chapter **7**

# SUMMARY OF SCHEDULES - AMENDED 5/8/2015

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 174,600.00 | | |
| B - Personal Property | Yes | 4 | 39,805.69 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 233,443.50 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 55,155.33 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 2,758.35 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,853.09 |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| | | Total Assets | 214,405.69 | | |
| | | | Total Liabilities | 288,598.83 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Hortensia Alvarez**, Debtor

Case No. **15-16126**

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 12) | 2,758.35 |
| Average Expenses (from Schedule J, Line 22) | 2,853.09 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 0.00 |

**State the following:**

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 44,318.50 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 55,155.33 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 99,473.83 |

In re **Hortensia Alvarez**, Case No. **15-16126**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED 5/8/2015

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| # | Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on Hand** | - | **20.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **U.S. Century Bank**<br>**Checking Account No.: XXXX1327** | - | **370.59** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Couch, Center table, 2 TVs, Stereo, 2 Beds, Dress, 2 Headboards, 4 Nightstands, 5 Lamps, Mirror, Cabinet, Computer, 2 Printers and Grill.**<br>**Value is debtors valuation based on age and condition.**<br><br>**Furnishings are over 10 years old** | - | **1,235.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Used clothes and shoes, value is debtors valuation based on age and condition.** | - | **60.00** |
| 7. | Furs and jewelry. | | **Old and Used Fashion Watches and Costume Jewelry** | - | **50.00** |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total > **1,735.59**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Hortensia Alvarez**                                             ,   Case No.   **15-16126**
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED 5/8/2015
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Chase Bank** **IRA Account No.: XXXX4580** | - | 7,431.37 |
| | | **Chase Bank** **Brokerage Retirement Account No.: XXXX9448** | - | 13,459.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Debtor has a Home Based Business- an Insurance Company** **Wells Fargo** **Business Checking Account No.: XXXX8677** **For: Miami-Med Insurance** | - | 292.92 |
| | | **Debtor has a Home Based Business- an Insurance Company** **Wells Fargo** **Business Checking Account No.: XXXX5851** | - | 2,061.81 |
| | | **House office: Computer, Scanner, fax, printer and basic office supplies** | - | 300.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| | | | Sub-Total > (Total of this page) | 23,545.10 |

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Hortensia Alvarez**, Case No. **15-16126**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED 5/8/2015
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2012 Mitsubishi Outlander 4D**<br>**Vin: XXXX007844**<br>**Estimated miles:28,000**<br>**Value obtained by NADA Clean Retail**<br>**- Debtor intents to reaffirm interest in property.** | - | 14,525.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Sub-Total >     **14,525.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Hortensia Alvarez**                                  ,        Case No.   **15-16126**
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED 5/8/2015
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                                                                     Sub-Total >        **0.00**
                                                                                  (Total of this page)

Sheet   **3**   of   **3**   continuation sheets attached                                Total >      **39,805.69**
to the Schedule of Personal Property
                                                                            (Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re **Hortensia Alvarez**, Case No. **15-16126**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED 5/8/2015

Debtor claims the exemptions to which debtor is entitled under: (Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

■ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> **Homestead Address: 14970 SW 9th Way, Miami FL 33194-2761** <br> **Legal Description: GRAND LAKES PHASE I PB 159-65 T-20963 LOT 1 BLK 26 LOT SIZE 1563 SQFT FAU 30-4909-000-0050 COC 22693-1502 09 2004 1** <br> **- Valuation obtained from Miami Dade County Property Appraiser Office.** <br> **- Debtor intents to reaffirm interest in property.** <br> **- Purchased and on title since 09/2004.** | Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02 | 174,600.00 | 174,600.00 |
| **Cash on Hand** <br> **Cash on Hand** | Fla. Const. art. X, § 4(a)(2) | 20.00 | 20.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> **U.S. Century Bank** <br> **Checking Account No.: XXXX1327** | Fla. Const. art. X, § 4(a)(2) | 370.59 | 370.59 |
| **Household Goods and Furnishings** <br> **Couch, Center table, 2 TVs, Stereo, 2 Beds, Dress, 2 Headboards, 4 Nightstands, 5 Lamps, Mirror, Cabinet, Computer, 2 Printers and Grill. Value is debtors valuation based on age and condition.** <br><br> **Furnishings are over 10 years old** | Fla. Const. art. X, § 4(a)(2) | 609.41 | 1,235.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** <br> **Chase Bank** <br> **IRA Account No.: XXXX4580** | Fla. Stat. Ann. § 222.21(2) | 7,431.37 | 7,431.37 |
| **Chase Bank** <br> **Brokerage Retirement Account No.: XXXX9448** | Fla. Stat. Ann. §§ 121.131, 121.055(6)(e) | 13,459.00 | 13,459.00 |
| | Total: | 196,490.37 | 197,115.96 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Hortensia Alvarez**                                          Case No.  **15-16126**
Debtor(s)                                                              Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED 5/8/2015

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __25__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **May 8, 2015**                    Signature  **/s/ Hortensia Alvarez**
                                                    **Hortensia Alvarez**
                                                    Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                                    18 U.S.C. §§ 152 and 3571.