UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Hortensia Alvarez                    Case No. 15-16126-LMI
                                            Chapter 7
　　　　Debtor
_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Vacate Discharge and to Rescind Reaffirmation Agreement with Mitsubishi Motors Credit of America, or in the alternative, Motion to Set Reaffirmation Agreement Hearing and Notice of Hearing was sent to all interested parties on September 29, 2015 as follows:

Electronically and via First Class Mail:

Joel L Tabas, Trustee,
14 NE 1 Ave PH,
Miami, FL 33132

TRIPP SCOTT, P.A.,
c/o James B. Flanigan,
Attorney for Creditor Mitsubishi Motors Credit of America,
110 SE 6th St., 15th Fl.,
Fort Lauderdale, FL 33301;
bankruptcy@trippscott.com

Via First Class Mail:

Mitsubishi Motors Credit of America, Inc.,
c/o Dan Booth, CEO,
6400 Katella Ave,
Cypress, CA, 90630

All creditors on the attached matrix.

　　　　　　　　　　　　　　　　Respectfully Submitted:

　　　　　　　　　　　　　　　　**ROBERT SANCHEZ, P.A.**
　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　355 West 49th Street
　　　　　　　　　　　　　　　　Hialeah, FL 33012
　　　　　　　　　　　　　　　　Tel. 305-687-8008
　　　　　　　　　　　　　　　　By:*/s/ Robert Sanchez*_____
　　　　　　　　　　　　　　　　Robert Sanchez, Esq., FBN#0442161

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243

ARM
POB 129
Thorofare, NJ 08086-0129

Audit Systems Incorporated
3696 Ulmerton Road #200
Clearwater, FL 33762

Baptist Health South Floirda
6855 Red Road
Suite 200
Miami, FL 33143-3632

Baptist Health South Florida
POB 830880
Miami, FL 33283

Bca Financial Services
18001 Old Cutler Rd Ste
Palmetto Bay, FL 33157

Bk Of Amer
Po Box 982235
El Paso, TX 79998

Bmw Financial Services
5515 Parkcenter Cir
Dublin, OH 43017

Boston Heart Diagnostics
175 Crossing Blvd Suite 550
Framingham, MA 01702

Cap One
Po Box 85520
Richmond, VA 23285

Cap One
26525 N Riverwoods Blvd
Mettawa, IL 60045

Cap1/Bstby
Po Box 5253
Carol Stream, IL 60197

Capio Partners LLC
2222 Texoma Parkway
Sherman, TX 75090

Chase Auto
Po Box 901003
Ft Worth, TX 76101

Chase Mtg
Po Box 24696
Columbus, OH 43224

Citi
Po Box 6241
Sioux Falls, SD 57117

Comenity Bank/Avenue
8035 Quivira Rd
Lenexa, KS 66215

Frederick J. Hanna
1427 Roswell Rd
Marietta, GA 30062

Grand Lakes Phase I HOA
c/o Firstservice Residencial
POB 028104
Miami, FL 33102-8104

Hunt&Kahn, P.A.
P.O. Box 934788
Margate, FL

Jackson Health System
POB 1028550
Atlanta, GA 30368

Kendall Regional Medical
Center
HCA Patient Account Services
PO BOX 9800
Palm Harbor, FL 34682

Lincoln Heriage
4343 East Comeback Rd.
Suite 400
Phoenix, AZ 85018

Lvnv Funding Llc
Po Box 10497
Greenville, SC 29603

Mcydsnb
9111 Duke Blvd
Mason, OH 45040

Miami Center for Advanced
Cardiology
P.O. Box 347226
Miami, FL 33234

Mitsubishi Motor Credi
Po Box 6014
Cypress, CA 90630

```
Mitsubishi Motor Credi          Mitsubishi Motors Credit of      Mount Sinai Medical Center
Po Box 6014                     America                          4300 Alton Road
Cypress, CA 90630               PO BOX 660451                    Miami Beach, FL 33140
                                Dallas, TX 75266


Nationwide Recovery Sv          Nissan-Infiniti Lt               Nordstrom Fsb
Po Box 8005                     2901 Kinwest Pkwy                Po Box 6565
Cleveland, TN 37320             Irving, TX 75063                 Englewood, CO 80155


Northland Group                 Ocwen Loan Servicing, LLC        Pollack & Rosen, P.A.
P. O,. Box 129                  POB 24738                        Joseph F. Rosen, Esq.
Thorofare, NJ 08086             West Palm Beach, FL 33416-       800 Douglas Road
                                4738                             North Tower, Suite 450
                                                                 Coral Gables, FL 33134


Pollack & Rosen, P.A.           Portfolio Recovery Ass           Sears/Cbna
Joseph F. Rosen, Esq.           120 Corporate Blvd Ste 1         Po Box 6283
800 Douglas Road                Norfolk, VA 23502                Sioux Falls, SD 57117
North Tower, Suite 450
Coral Gables, FL 33134


Sears/Cbna                      Skin And Cancer Associates       Svcdbyc1fs
Po Box 6282                     P.O. Box 69-4730                 Po Box 91614
Sioux Falls, SD 57117           Miami, FL 33269-4730             Mobile, AL 36691


Syncb/Brandsmart                Syncb/Brandsmart                 Syncb/Care Credit
Po Box 965036                   Po Box 965036                    Po Box 965036
Orlando, FL 32896               Orlando, FL 32896                Orlando, FL 32896


Syncb/City Furniture            Syncb/Jcp                        Thd/Cbna
C/O Po Box 965036               Po Box 965007                    Po Box 6497
Orlando, FL 32896               Orlando, FL 32896                Sioux Falls, SD 57117


Unifund CCR, LLC                Valentine & Kebartas, Inc.
c/o Hunt & Kahn, P.A.           P.O. BOX 325
POB 934788                      Lawrence, MA 01842-0325
Margate, FL 33093-4788
```