**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                                           CASE NO.: 15-16126-BKC-LMI
                                                                                       Chapter 7
**HORTENSIA ALVAREZ**
SSN: XXX-XX-7811
　　　　Debtor.　　　／

### TRUSTEE JOEL L. TABAS' NOTICE OF ABANDONMENT

Joel L. Tabas, Trustee, the duly appointed and acting Trustee (the "Trustee") for the above-captioned estate, pursuant to Bankruptcy Rule 6007, reports that he intends to abandon any interest of the estate in the following property:

**Lot 12, Block 1, Jubileo Subdivision, Hot Springs Village, Saline County, Arkansas (the "Property")**

A review of the Debtor's schedules and documents provided by the Debtor reflects that there is minimal, if any, equity in the Property to be administered for the benefit of the Estate.  Accordingly, the Trustee asserts that the Property constitutes an administrative burden to this Estate.

**PURSUANT TO BANKRUPTCY RULE 6007, THE PROPOSED ABANDONMENT WILL BE DEEMED APPROVED WITHOUT NECESSITY OF A HEARING OR ORDER, IF NO OBJECTION IS FILED AND SERVED WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE.**

Any objection to this abandonment must be filed with the Clerk of the Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128, with a copy sent to the Trustee.

**I HEREBY CERTIFY** that on October 28, 2015, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to the attached service list.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Joel L. Tabas　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　Joel L. Tabas, Trustee
　　　　　　　　　　　　　　　　　　　　　　　One Flagler Building
　　　　　　　　　　　　　　　　　　　　　　　14 Northeast First Ave., Penthouse
　　　　　　　　　　　　　　　　　　　　　　　Miami, FL  33132
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (305) 375-8171
　　　　　　　　　　　　　　　　　　　　　　　Telefax: (305) 381-7708

| | | |
|---|---|---|
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| (p)NISSAN MOTOR ACCEPTANCE CORPORATION<br>LOSS RECOVERY<br>PO BOX 660366<br>DALLAS TX 75266-0366 | Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243-1300 | ARM<br>POB 129<br>Thorofare, NJ 08086-0129 |
| Audit Systems Incorporated<br>3696 Ulmerton Road #200<br>Clearwater, FL 33762-4237 | Baptist Health South Floirda<br>6855 Red Road<br>Suite 200<br>Miami, FL 33143-3623 | Baptist Health South Florida<br>POB 830880<br>Miami, FL 33283-0880 |
| Bca Financial Services<br>18001 Old Cutler Rd Ste<br>Palmetto Bay, FL 33157-6437 | Boston Heart Diagnostics<br>175 Crossing Blvd Suite 550<br>Framingham, MA 01702-4491 | Cap One<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3440 |
| Cap1/Bstby<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Capio Partners LLC<br>2222 Texoma Parkway<br>Sherman, TX 75090-2481 | Chase Auto<br>Po Box 901003<br>Ft Worth, TX 76101-2003 |
| Chase Mtg<br>Po Box 24696<br>Columbus, OH 43224-0696 | Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | Comenity Bank/Avenue<br>8035 Quivira Rd<br>Lenexa, KS 66215-2746 |
| Frederick J. Hanna<br>1427 Roswell Rd<br>Marietta, GA 30062-3668 | Grand Lakes Phase I HOA<br>c/o Firstservice Residential<br>POB 028104<br>Miami, FL 33102-8104 | Hortensia Alvarez<br>14970 SW 9th Way<br>Miami, FL 33194-2761 |
| Hunt&Kahn, P.A.<br>P.O. Box 934788<br>Margate, FL 33093-4788 | Jackson Health System<br>POB 1028550<br>Atlanta, GA 30368-0001 | Kendall Regional Medical Center<br>HCA Patient Account Services<br>PO BOX 9800<br>Palm Harbor, FL 34682-9800 |
| Lincoln Heriage<br>4343 East Comeback Rd.<br>Suite 400<br>Phoenix, AZ 85018-2705 | Lvnv Funding Llc<br>Po Box 10497<br>Greenville, SC 29603-0497 | Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |
| Miami Center for Advanced Cardiology<br>P.O. Box 347226<br>Miami, FL 33234-7226 | Mitsubishi Motor Credi<br>Po Box 6014<br>Cypress, CA 90630-0014 | Mitsubishi Motors Credit of America<br>c/c James B Flangian Esq<br>110 SE 6th St, 15 Fl<br>Fort Lauderdale, FL 33301-5004 |

Mitsubishi Motors Credit of America
PO BOX 660451
Dallas, TX 75266-0451

Mount Sinai Medical Center
4300 Alton Road
Miami Beach, FL 33140-2948

Nationwide Recovery Sv
Po Box 8005
Cleveland, TN 37320-8005

Nordstrom Fsb
Po Box 6565
Englewood, CO 80155-6565

Northland Group
P. O,. Box 129
Thorofare, NJ 08086-0129

Ocwen Loan Servicing, LLC
POB 24738
West Palm Beach, FL 33416-4738

Pollack & Rosen, P.A.
Joseph F. Rosen, Esq.
800 Douglas Road
North Tower, Suite 450
Coral Gables, FL 33134-3125

Portfolio Recovery Ass
120 Corporate Blvd Ste 1
Norfolk, VA 23502-4962

Sears/Cbna
Po Box 6282
Sioux Falls, SD 57117-6282

Sears/Cbna
Po Box 6283
Sioux Falls, SD 57117-6283

Sheridan ER Phys of South Dade
c/o NRS
P.O. Box 8005
Cleveland, TN 37320-8005

Skin And Cancer Associates
P.O. Box 69-4730
Miami, FL 33269-1730

Svcdbyc1fs
Po Box 91614
Mobile, AL 36691-1614

Syncb/Brandsmart
Po Box 965036
Orlando, FL 32896-5036

Syncb/Care Credit
Po Box 965036
Orlando, FL 32896-5036

Syncb/City Furniture
C/O Po Box 965036
Orlando, FL 32896-0001

Syncb/Jcp
Po Box 965007
Orlando, FL 32896-5007

Thd/Cbna
Po Box 6497
Sioux Falls, SD 57117-6497

Unifund CCR, LLC
c/o Hunt & Kahn, P.A.
POB 934788
Margate, FL 33093-4788

Valentine & Kebartas, Inc.
P.O. BOX 325
Lawrence, MA 01842-0625